# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHIFT4 CORPORATION, | Case No. 2:13-cv-01960-APG-CWH |
| Plaintiff, | **MINUTE ORDER re [Dkt. 30]** |
| v. | |
| PROTEGRITY CORPORATION, | |
| Defendant. | |

On April 15, 2014, Plaintiff filed a Motion for Leave to File Under Seal [Dkt. #30]. The motion cites to the *Kamakana* standard for sealing, and states that Protegrity believes the subject information and documents are proprietary. However, the motion does not explain what the information and documents are (other than calling them contacts with customers) and does not explain why those contacts are proprietary. More detail is needed in order for the court to understand how the motion satisfies the *Kamakana* standard. Therefore, the motion is DENIED without prejudice. Protegrity may file a new motion to seal by April 23, 1014, providing sufficient detail for the court to evaluate the request..

Dated: April 16, 2014.

---
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE